1

2

3

4

5

6

7                                    UNITED STATES DISTRICT COURT

8                                    CENTRAL DISTRICT OF CALIFORNIA

9

10   MIGUEL SERGIO GARCIA,                    )        No.  CV 10-9097-PA (AGR)
                                              )
11                        Petitioner,         )
                                              )        JUDGMENT
12        v.                                  )
                                              )
13   THE PEOPLE OF THE STATE OF               )
     CALIFORNIA,                              )
14                                            )
                          Respondent.         )
15   _____   )

16        Pursuant to the Order Accepting Findings and Recommendation of United

17   States Magistrate Judge,

18        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19   prejudice.

20

21   DATED: March 30, 2013        _____

22                                        PERCY ANDERSON
                                          United States District Judge

23

24

25

26

27

28